Jose Luis **DOMINGUEZ**, Petitioner,

v.

Alberto R. **GONZALES**, Attorney General, Respondent.

No. 05–75579.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 8, 2006.

Ronald G. Finch, Esq., Phoenix, AZ, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Thomas Fatouros, Office of the District Chief Counsel U.S. Department of Homeland Security, Phoenix, AZ, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: T.G. NELSON, GOULD, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jose Luis Dominguez petitions for review of the Board of Immigration Appeals' affirmance of an order of deportation issued by an Immigration Judge (IJ). Because he raises a question of law, we have jurisdiction pursuant to 8 U.S.C. § 1252(a)(2)(D). We deny the petition.

For immigration purposes, a conviction is final when direct appeals are exhausted.[1] Collateral attacks do not render a conviction non-final.[2] Thus, Luis Dominguez's

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Grageda v. INS*, 12 F.3d 919, 921 (9th Cir. 1993).

2. *Id.*

aggravated felony conviction was final when the IJ considered it and the IJ correctly determined that the law required an order of removal.

We commend the IJ in this case for his efforts to ensure that petitioner had a meaningful opportunity to retain counsel.

PETITION DENIED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.